O

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 08-5314 PSG (PJWx) | Date | August 18, 2008 |
|---|---|---|---|
| Title | James G. Pollard, Jr. v. County of Los Angeles, *et al.* | | |

Present: The Honorable Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):        Attorneys Present for Defendant(s):

Not Present        Not Present

**Proceedings:**     **(In Chambers) Order DENYING Plaintiff's Request for Immediate Stay**

On August 15, 2008, Plaintiff James G. Pollard, Jr. "Plaintiff") filed a Verified Complaint for Damages alleging nine causes of action against the County of Los Angeles, City of Santa Clarita, Santa Clarita Code Enforcement, and fourteen individual defendants (collectively "Defendants").  Plaintiff alleges claims for violations of the Fourth, Fifth, Sixth and Seventh Amendments to the Constitution; claims under 42 U.S.C. §§ 1983 and 1985; and claims under the Racketeering Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. §§ 1961, 1962(c) and 1964(c).

In Paragraph 114 of the Complaint, Plaintiff requests an immediate stay:

The subject building the defendants want destroyed to the bare ground was built by a licensed contractor with materials engineered for the area.  The subject building has been built and standing for several years, and has passed the test of time.  The subject b building is not a threat to anyone's health, safety, or welfare.  None of the defendants nor their position will be prejudiced in any way for the requested STAY to be ordered.  The requested STAY is necessary to preserve the status quo and to protect the jurisdiction and evidence for the instant case to go to trial.

(Comp. at 40, ¶ 114.)  The Court construes this paragraph as an ex parte application for a temporary restraining order ("TRO").

O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-5314 PSG (PJWx) | Date | August 18, 2008 |
|---|---|---|---|
| Title | James G. Pollard, Jr. v. County of Los Angeles, *et al.* | | |

Under Fed. R. Civ. P. 65(b), a court may issue a TRO without notice to the adverse party where "specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant . . . ." Regardless of notice to Defendants, the standard for issuing a TRO is similar to the standard for issuing a preliminary injunction, and requires that the party seeking relief show either: (1) a combination of likelihood of success on the merits and the possibility of irreparable harm, or (2) that serious questions going to the merits are raised and the balance of hardships tips sharply in favor of the moving party. *See Immigrant Assistance Project of the L.A. County of Fed'n of Labor v. INS*, 306 F.3d 842, 873 (9th Cir. 2002)). "[T]hese two formulations represent two points on a sliding scale in which the required degree of irreparable harm increases as the probability of success decreases." *Dep't Parks & Rec. of Calif. v. Bazaar Del Mundo, Inc.,* 448 F.3d 1118, 1123 (9th Cir. 2006) (citations omitted). The underlying purpose of a temporary restraining order is to preserve the status quo and prevent irreparable harm before a preliminary injunction hearing may be held. *Granny Goose Foods, Inc. v. Bhd. of Teamsters & Auto Truck Drivers*, 415 U.S. 423, 439, 94 S.Ct. 1113, 39 L.Ed.2d 435 (1974); *see also Reno Air Racing Ass'n v. McCord,,* 452 F.3d 1126, 1130-31 (9th Cir. 2006).

After reviewing Plaintiffs' Complaint, the Court concludes that Plaintiff has not established a probability of success on the merits, nor has he raised serious questions going to the merits of their case. In addition, Plaintiff has failed to show he would suffer irreparable harm if a stay was not granted. Accordingly, Plaintiff's request for an "immediate stay" is hereby DENIED.

IT IS SO ORDERED.

| | : | |
|---|---|---|
| | Initials of Preparer | AB for WH |